Robert Montes, Jr. (SBN 159137)
robert@rafiilaw.com
Malek Shraibati (SBN 134441)
malek@rafiilaw.com
RAFII & ASSOCIATES, P.C.
9100 Wilshire Blvd., Ste. 465E
Beverly Hills, California 90212
Telephone: (310) 777-7877
Facsimile: (310) 777-7855

Attorney for Plaintiff
**JOSE SALINAS**

Melvin L. Felton (SBN 276047)
mfelton@sandersroberts.com
Ricardo Reyes (SBN 329957)
rreyes@sandersroberts.com
Cindy Kaoud (SBN 322640)
ckaoud@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile:  (213) 234-4581

Attorneys for Defendant
**WAYFAIR, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSE SALINAS, an individual,<br><br>                     Plaintiff,<br><br>        v.<br><br>WAYFAIR, LLC, and DOES 1<br>through 10, inclusive,<br><br>                     Defendants. | **CASE NO.  5:21-cv-01276-JWS-SHK**<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION RE: PROTECTIVE ORDER**<br><br>[Concurrently filed with Joint Stipulation re Protection Order]<br><br>Judge:      Hon. Fred W. Slaughter<br>Courtroom:        10D<br><br>Complaint Filed:   June 1, 2021<br>Trial Date:        None |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING**, and pursuant to the Parties' Joint Stipulation, the Court hereby approves and grants the Stipulation and Protective Order.

IT IS SO ORDERED.

DATED: _____May 3, 2022_____     _____

HON. SHASHI H. KEWALRAMANI
United States District/Magistrate Judg

Case No.: 5:21-cv-01276-JWS-SHK
[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: PROTECTION ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: PROTECTION ORDER